

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

INGRID SMITH                          :     CIVIL ACTION
                                      :
            v.                        :
                                      :
SOUTHEASTERN PENNSYLVANIA             :
TRANSPORTATION AUTHORITY              :     NO. 08-2927

ORDER

AND NOW, this 15th day of May, 2009, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

(1)  the motion of defendant Southeastern Pennsylvania Transportation Authority is GRANTED; and

(2)  judgment is entered in favor of defendant Southeastern Pennsylvania Transportation Authority and against plaintiff Ingrid Smith.

BY THE COURT:

_____ C.J.