IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INGRID SMITH | : CIVIL ACTION |
| v. | : |
| SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY | : NO. 08-2927 |

ORDER

AND NOW, this 16th day of June, 2009, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant Southeastern Pennsylvania Transportation Authority to vacate and strike the entry of judgment (Doc. No. 29) made by the Clerk of Court in favor of plaintiff Ingrid Smith is GRANTED.

BY THE COURT:

_____
C.J.

ENTERED
JUN 17 2009
CLERK OF COURT